**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7206

WAYNE A. DERRYBERRY,

Petitioner - Appellant,

versus

HOWARD PAINTER, Acting Warden,

Respondent - Appellee,

and

GEORGE TRENT, Warden, Mount Olive Correctional
Complex,

Defendant.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge. (CA-97-988-5)

Submitted:  January 31, 2000          Decided:  February 9, 2000

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Wayne A. Derryberry, Appellant Pro Se.  Darrell V. McGraw, Jr., Dawn Ellen Warfield, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne A. Derryberry appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999), and denying him a certificate of appealability. We have reviewed the record, and the district court's opinion accepting the recommendation of the magistrate judge, and the district court's orders and find no reversible error. Accordingly, we deny Derryberry's motion for appointment of counsel, deny a certificate of appealability, and dismiss his appeal on the reasoning of the district court. See Derryberry v. Painter, No. CA-97-988-5 (S.D.W. Va. Mar. 30 & Aug. 20, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED